## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

**In the Matter of:**
**MARGGIE D. RODRIGUEZ PEREZ**

Debtor(s)

Case No. 09-01507-BKT

Chapter 13

### DEBTOR'S NOTICE TO CONVERT CASE TO CHAPTER 7

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtor(s), notifies the Court as follows,

1.    The debtor(s) pursuant to 11 U.S.C. §1307(a), hereby elect(s) to convert the above captioned case to a case under chapter 7 of the Bankruptcy Code.

2.    The debtor(s) is/are entitled to convert his/her/their case because:

A.    This case filed on February 28, 2009 and confirmed on October 22, 2009, is a case under chapter 13 of the Bankruptcy Code.

B.    The debtor(s)s is/are eligible to be debtor(s) under chapter 7 of the Bankruptcy Code

C.    There are no prior motions to convert this case.

D.    No motion for dismissal is pending

### ADDITIONAL NOTICE

**Unless a party in interest objects to the conversion of this case within twenty (20) days from the date of this notice, the case may be converted without a hearing.**

**WHEREFORE,** we respectfully request from this Honorable Court to take notice of the informed above and enter an order accordingly.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will be notified to the trustee and all appearing parties using the Court's CM/ECF system. All non appearing parties will be notified by U. S. regular mail as per Master Address List attached.

In Vega Baja, Puerto Rico, on this September 14, 2010.

S/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
**ATTORNEY FOR DEBTOR, 205607**
**P.O. BOX 1710**
**VEGA BAJA, PR 00694-1710**
**TEL.: 858-5476**

MARGGIE DARY RODRIGUEZ PEREZ
PO BOX  550
LAJAS, PR 00667

BAXTER CREDIT UNION
CAROLINA SHOPPING COURT
ESQ ROBERTO CLEMENTE OFI 205
CAROLINA, PR 00987

PUERTO RICO TELEPHONE
PO BOX 183114
SAN JUAN, PR 00936-8635

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

BCU
PO BOX 660348
DALLAS, TX 75266-0348

SCOTIBANK
PO BOX 71576
SAN JUAN, PR 00936-8676

AFFILIATED ACCEPTANCE CORP
PO BOX 790001
SUNRISE BEACH, MO 65079-9001

CITIFINANCIAL
P.O. BOX 71328
SAN JUAN, PR 00936-8428

SEARS
PO BOX 183114
COLUMBUS, OH 43218-3114

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-7077

DEPTO. DE HACIENDA
SECC CERTIFICACION
BOX 4515, OFIC 405
SAN JUAN, PR 00936

WANDA I. PEREZ GUZMAN
PO BOX 550
LAJAS, PR 00667

ASOC RES MANSIONES DE CABO ROJO
153 CALLE PLAYA
CABO ROJO, PR 00623

DIRECT LOANS
PO BOX 530260
ATLANTA, GA 30353-0260

AT&T
PO BOX 772349
OCALA, FL 34477-2349

GE MONEY BANK
PO BOX 96061
ORLANDO, FL 32896-0061

BAILEY BANKS AND BIDDLE
PROCESSING CENTER
DES MOINES, IA 50364-0001

INTERNAL REVENUE CENTER
PO BOX 21126
PHILADELPHIA, PA 19114-0326

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN, PR 00936-4745

LCDA BLANCA R. VALENTIN BALAGUER
RR02 BUZON 4524 STE 8
ANASCO, PR 00610-9683

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN, PR 00936-7100

OSI COLLECTIONSERVICES, INC
PO BOX 983
BROOKFIELD, WI 53008-0983