Certificate Number: 02114-pr-de-013418891

Bankruptcy Case Number: 0901507

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 12/23/10, at 04:02 o'clock PM EST, Marggie D Rodriguez Perez completed a course on personal financial management given by <u>Internet</u> by CredAbility, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Puerto Rico.

**Title: <u>Bankruptcy Program Manager</u>**   **Date: <u>12.23.10</u>**

**By: <u>/s/Ben Linton</u>**